

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00048-CV

PERUNA ACQUISITION, LLC. A                                  APPELLANT
NEVADA LIMITED LIABILITY CO.

V.

ARKANSAS SOD & TURF FARMS,                                  APPELLEE
INC.

------------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY
TRIAL COURT NO. 2014-005410-2

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Joint Motion To Modify Judgment And Affirm."  The motion requests in the alternative for this court to vacate the trial court's judgment and remand this case to the trial court for entry of judgment consistent with the terms of the parties' settlement.  Because the record

---

[1]*See* Tex. R. App. P. 47.4.

demonstrates that a defendant who was involved in the underlying proceedings is not a party to this appeal, we grant the parties' joint motion in part as to the alternative relief requested. Accordingly, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).


PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: May 19, 2016

2